No. 2023-2135

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION,

*Plaintiffs-Appellants*,

DATONG JUQIANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD.,

*Plaintiffs*,

*v.*

UNITED STATES, CALGON CARBON CORPORATION, CABOT NORIT AMERICAS, INC.,

*Defendants-Appellees.*

On Appeal from the United States Court of International Trade,
No. 1:21-cv-00131-MAB, Chief Judge Mark A. Barnett

**PLAINTIFFS-APPELLANTS CARBON ACTIVATED TIANJIN CO., LTD. AND CARBON ACTIVATED CORPORATION'S NOTICE OF WITHDRAWAL OF KANZANIRA THORINGTON AS COUNSEL**

| | |
|---|---|
| KANZANIRA THORINGTON<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center,<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800 | DAVID J. ROSS<br>STEPHANIE E. HARTMANN<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 663-6000 |
| | *Attorneys for Plaintiffs-Appellants*<br>*Carbon Activated Tianjin Co., Ltd.* |
| March 11, 2024 | *and Carbon Activated Corporation* |

- 1 -

Pursuant to Federal Circuit Rule 47.3(c), Plaintiffs-Appellants Carbon Activated Tianjin Co., Ltd. and Carbon Activated Corporation ("Carbon Activated") hereby provides the Court with notice that Kanzanira Thorington withdraws as counsel for Carbon Activated.  All other counsel who have entered appearances for Carbon Activated will remain as counsel of record.

Respectfully submitted,

/s/ David J. Ross
DAVID J. ROSS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000

*Counsel for Plaintiffs-Appellants Carbon Activated Tianjin Co., Ltd. and Carbon Activated Corporation*

March 11, 2024