No. 2023-2135

IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION,

*Plaintiffs-Appellants*,

DATONG JUQIANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD.,

*Plaintiffs,*

v.

UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS INC., CABOT NORIT AMERICAS, INC.,

*Defendants-Appellees*.

Appeal from the United States Court of International Trade in No. 1:21-cv-00131, Chief Judge Mark A. Barnett

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Federal Circuit Rule 47.3(c), Joshua E. Kurland, counsel for defendant-appellee, the United States, respectfully submits this notice of his withdrawal as counsel in the above-captioned matter. Antonia Soares remains principal counsel for the Government in this matter and should remain on the docket.

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Joshua E. Kurland
JOSHUA E. KURLAND
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-0477
Email: Joshua.E.Kurland@usdoj.gov

February 20, 2025     *Attorneys for Defendant-Appellee United States*

# CERTIFICATE OF COMPLIANCE

Appellee's counsel certifies that this notice complies with the Court's type-volume limitation rules. *See* Fed. R. App. P. 27(d)(2). According to the word-count calculated by the word processing system with which this notice was prepared, the notice contains a total of 45 words, which is within the 5,200 word limit.

/s/ Joshua E. Kurland
Joshua E. Kurland